**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF ILLINOIS

Case number *(if known)* _____     Chapter   **11**

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **Landscape Consultants, Inc.** |

| | | |
|---|---|---|
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | **FDBA  Phil Robin Landscapes** |

| | | |
|---|---|---|
| 3. | Debtor's federal Employer Identification Number (EIN) | **36-3671297** |

| | | |
|---|---|---|
| 4. | Debtor's address | **Principal place of business** |

**165 E North Ave.**
**Villa Park, IL 60181**
Number, Street, City, State & ZIP Code

**DuPage**
County

**Mailing address, if different from principal place of business**

**9541 Witham**
**Woodridge, IL 60517**
P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**

Number, Street, City, State & ZIP Code

| | | |
|---|---|---|
| 5. | Debtor's website (URL) | **N/A** |

| | | |
|---|---|---|
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br><br>☐ Partnership (excluding LLP)<br><br>☐ Other. Specify: _____ |

Debtor   **Landscape Consultants, Inc.**                                          Case number (*if known*) _____
_____
Name

**7.  Describe debtor's business**   A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
__2389__

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**   *Check one:*

☐ Chapter 7

☐ Chapter 9

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

☑ Chapter 11. *Check **all** that apply*:

☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☑ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

☑ No.

☐ Yes.

If more than 2 cases, attach a separate list.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No

☑ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | **Rusthoven Enterprises LLC** | Relationship | **Affiliate** |
| District | **Northern District of Illinois** | When | **3/24/21** | Case number, if known | **TBD** |

Debtor    **Landscape Consultants, Inc.**                                    Case number (*if known*)
          <sub>Name</sub>

| Debtor | **Landscape Consultants, Inc.** | | Case number (*if known*) | |
| | Name | | | |

---

**11.** **Why is the case filed in** *this district?*    *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____
Contact name _____
Phone _____

---

**Statistical and administrative information**

**13.** **Debtor's estimation of available funds**    *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14.** **Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ■ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15.** **Estimated Assets**

| | | |
|---|---|---|
| ■ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16.** **Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ■ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

| Debtor | **Landscape Consultants, Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**Request for Relief, Declaration, and Signatures**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **March 25, 2021**
MM / DD / YYYY

X _Signature of authorized representative of debtor_

**Brian R. Rusthoven**
Printed name

Title    **President**

**18. Signature of attorney**

X    /s/ Harold D. Israel
Signature of attorney for debtor

Date    **March 25, 2021**
MM / DD / YYYY

**Harold D. Israel**
Printed name

**Levenfeld Pearlstein, LLC**
Firm name

**2 N. LaSalle St.**
**Suite 1300**
**Chicago, IL 60602**
Number, Street, City, State & ZIP Code

Contact phone    **312-346-8380**      Email address    **hisrael@lplegal.com**

**6216289 IL**
Bar number and State

Fill in this information to identify the case:

Debtor name  **Landscape Consultants, Inc.**

United States Bankruptcy Court for the:  NORTHERN DISTRICT OF ILLINOIS

Case number (if known) _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐   *Schedule H: Codebtors* (Official Form 206H)
☐   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule*
■   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐   Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **March 25, 2021**          X  _(signature)_
                                   Signature of individual signing on behalf of debtor

                                   **Brian R. Rusthoven**
                                   Printed name

                                   **President**
                                   Position or relationship to debtor

Official Form 202          Declaration Under Penalty of Perjury for Non-Individual Debtors

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

| Fill in this information to identify the case: | | |
|---|---|---|
| Debtor name | **Landscape Consultants, Inc.** | |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF ILLINOIS** | ☐ Check if this is an |
| Case number (if known): | _____ | amended filing |

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **The Hartford Fin. Serv. Group Attn: Spilotro Law Group, LLC 6160 N. Cicero Ave., Suite 650 Chicago, IL 60646** | | | **Disputed** | | | **Unknown** |
| **Department of the Treasury Internal Revenue Service PO Box 7346 Philadelphia, PA 19101** | | | **Contingent Unliquidated Disputed** | | | **Unknown** |
| **Illinois Department of Revenue Bankruptcy Unit P O Box 19035 Springfield, IL 62794** | | | **Contingent Unliquidated Disputed** | | | **Unknown** |
| **Illinois Dept of Agriculture Bureau of Environmental Programs 2280 Bethany Road, Suite B DeKalb, IL 60115** | | | **Contingent Unliquidated Disputed** | | | **Unknown** |
| **Illinois Dept. of Employment Sec. Benefit Payment Control Division P O Box 4385 Chicago, IL 60680** | | | **Contingent Unliquidated Disputed** | | | **Unknown** |
| **Int'l Union of Op. Eng. (Local 150) Attn: Legal Dept. 6140 Joliet Rd. La Grange, IL 60525** | | **Litigation Claim (ERISA)** | **Contingent Unliquidated Disputed** | | | **Unknown** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com　　Best Case Bankruptcy

**RESOLUTION**
of
**LANDSCAPE CONSULTANTS, INC.**
**(an Illinois Corporation)**

**Effective as of March 25, 2021**

The undersigned, in his capacity as the president, sole shareholder, and sole director (collectively, the "Director") of Landscape Consultants, Inc., an Illinois corporation (the "Company"), hereby consent in writing to the following resolutions.

WHEREAS, the Director has considered the financial and operational aspects of the Company's business and the recommendations of the Company's professionals and advisors, and adopts the following resolutions by written consent;

NOW, THEREFORE, BE IT RESOLVED, that, in the judgment of the Director, it is desirable and in the best interest of the Company, its creditors, equity holder, and other interested parties to file a petition (the "Petition") seeking relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Northern District of Illinois (the "Bankruptcy Court");

RESOLVED FURTHER, that the Petition is adopted in all respects. Brian Rusthoven (the "Authorized Agent") is hereby authorized and directed, on behalf of the Company, to execute the Petition or authorize the execution of a filing of the Petition by the Company and to cause the same to be filed with the Bankruptcy Court at such time as the Authorized Agent considers it appropriate;

RESOLVED FURTHER, that the Authorized Agent shall be, and hereby is, authorized, directed, and empowered on behalf of and in the name of the Company to execute, verify, and cause to be filed such requests for relief from the Bankruptcy Court as the Authorized Agent may deem necessary, proper, or desirable in connection with the Petition, with a view to successful prosecution thereunder;

RESOLVED FURTHER, that the Authorized Agent is authorized to execute and file on behalf of the Company all petitions, schedules, lists, and other motions, papers, or documents, and to take any and all action that it deems necessary or proper to obtain appropriate relief for the Company, including, without limitation, any action necessary to maintain the ordinary course operation of the Company's business;

RESOLVED FURTHER, that the law firm of Levenfeld Pearlstein, LLC shall be, and hereby is, employed as general bankruptcy counsel for the Company in the Company's chapter 11 case;

RESOLVED FURTHER, that the Authorized Agent is authorized and empowered on behalf of, and in the name of, the Company to retain and to employ other attorneys, brokers, investment bankers, accountants, restructuring professionals, financial advisors, and other

professionals to assist in the Company's chapter 11 case on such terms as are deemed necessary, proper, or desirable by the Authorized Agent;

RESOLVED FURTHER, that the Authorized Agent, and any employees or agents (including counsel) designated by or directed by such Authorized Agent, shall be, and each hereby is, authorized and empowered to cause the Company and such of its affiliates as management deems appropriate to enter into, execute, deliver, certify, file, record, and perform such agreements, instruments, motions, affidavits, applications for approvals or rulings of governmental or regulatory authorities, certificates, or other documents, and to take such other actions, as in the judgment of such Authorized Agent shall be necessary, proper, and desirable to prosecute to a successful completion of the Company's chapter 11 case, to effectuate the restructuring of the Company's debt, other obligations, organizational form and structure, and ownership of the Company and its subsidiaries consistent with the foregoing resolutions, and to carry out and put into effect the purposes of the foregoing resolutions, and the transactions contemplated by these resolutions, their authority thereunto to be evidenced by the taking of such actions;

## General Authorization

RESOLVED FURTHER, that the Authorized Agent is authorized and empowered on behalf of the Company and in its name to take or cause to be taken all actions and to execute and deliver all such instruments that the Authorized Agent of the Company approves as necessary or desirable in connection with the foregoing resolutions, such approval to be conclusively evidenced by the taking of any such action or the execution and delivery of any such instrument by the Authorized Agent of the Company;

RESOLVED FURTHER, that any specific resolutions that may be required to have been adopted in connection with the actions contemplated by the foregoing resolutions be, and they hereby are, adopted, and the Authorized Agent of the Company is authorized to certify as to the adoption of any and all such resolutions and attach such resolutions hereto;

RESOLVED FURTHER, that all actions heretofore taken by the Authorized Agent or of the Company in connection with or otherwise in contemplation of the transactions contemplated by any of the foregoing resolutions be, and they hereby are, ratified, confirmed, and approved; and

IN WITNESS WHEREOF, the undersigned have executed this action by written consent as of the date first written above.

**BRIAN R. RUSTHOVEN**


_____
Brian Rusthoven
*President, Sole Shareholder, and Sole Director of the Company*

2

## United States Bankruptcy Court
### Northern District of Illinois

In re   __Landscape Consultants, Inc.__                                            Case No. _____
                                    Debtor(s)          Chapter      __11__

### LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Brian Rusthoven**<br>**9541 Witham**<br>**Woodridge, IL 60517** | | **100%** | **Equity** |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   __March 25, 2021__                          Signature  _/s/ Brian R. Rusthoven_

                                        **Brian R. Rusthoven**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Landscape Consultants, Inc.**

Debtor(s)

Case No.

Chapter    **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Landscape Consultants, Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**March 25, 2021**

Date

/s/ Harold D. Israel

**Harold D. Israel**

Signature of Attorney or Litigant

Counsel for   **Landscape Consultants, Inc.**

**Levenfeld Pearlstein, LLC**
**2 N. LaSalle St.**
**Suite 1300**
**Chicago, IL 60602**
**312-346-8380**
**hisrael@lplegal.com**

# United States Bankruptcy Court
### Northern District of Illinois

In re   **Landscape Consultants, Inc.**

Debtor(s)

Case No.
Chapter   **11**

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:                                **133**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:   **March 25, 2021**

**Brian R. Rusthoven/President**
Signer/Title

Best Case Bankruptcy

A & W Trailer
17 W 411 N Frontage Rd
Darien, IL 60561


AAA Garage Door
330 W Stone
Villa Park, IL 60181


AK Mulch
631 E. Wildwood
Villa Park, IL 60181


AmTrust
59 Maiden Lane
New York, NY 10038


Anderson Landscape Supply
787 S. Route 83
Elmhurst, IL 60126


AT&T
PO Box 6416
Carol Stream, IL 60197


Atomic Transmissions
100 E North Ave
Villa Park, IL 60181


Big Trees, Inc
PO Box 1344
Joliet, IL 60434


Breezy Hill Nursery
530 288th Ave
Salem, WI 53168


Buttrey Rental
216 W Ogden
Westmont, IL 60559


Card Services
PO Box 60517
City of Industry, CA 91716

Cedar Path Nursery
15235 W Bruce Road
Homer Glen, IL 60491


Central Sod
25605 W 111th
Plainfield, IL 60585


City of Chicago
Dept of Finance
PO Box 88292
Chicago, IL 60680


City of Oak Brook Terrace
17W275 Butterfield Rd
Villa Park, IL 60181


CJ Fiore Nursery
16606 W Highway 22
Lincolnshire, IL 60069


Clarendon Hardware
15 S Prospect
Clarendon Hills, IL 60514


Clarendon Hills Park District
315 Chicago Avenue
Clarendon Hills, IL 60514


CNA Surety
PO Box 957312
Saint Louis, MO 63195


College of DuPage
425 Fawell Blvd
Rm 2525
Glen Ellyn, IL 60137


Competitve Yard Worx
526 Ball Ave
DeKalb, IL 60115

Construction Industry Research and
Service Trust Fund
6140 Joliet Road
Countryside, IL 60525


Cook County Collector
69 West Washington, Suite 2830
Chicago, IL 60602


Costco
830 E. Boughton Rd
Bolingbrook, IL 60440


Countryside Welding
2 N 175 N. Schmale Rd
Glendale Heights, IL 60139


Curb Cutters
463 DuPahze
Naperville, IL 60565


D n B Auto Glass
446 East St Charles Rd Unit C
Villa Park, IL 60181


Danzi Bros
38575 DuPont
Selbyville, DE 19975


Dawson's Tree Service
PO Box 1363
Elmhurst, IL 60126


Dazzle Auto Detail
187 E. North Ave
Villa Park, IL 60181


DeGroot, Inc
P.O. Box 934
Coloma, MI 49038


DeLuxe Business Solutions
PO Box 742572
Cincinnati, OH 45274

Department of the Treasury
Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101


Des Plaines Material
1269 E. Golf Rd
Des Plaines, IL 60016


DeVroomen Bulb Co
PO Box 189
Russell, IL 60075


Direct Marketing Service
2603 W. 22nd St
Oak Brook, IL 60523


Dirt, Inc
8081 Cottage Hill Rd
Mobile, AL 36695


Distant Horizon, Inc
PO Box 574
Frankfort, IL 60423


DK Organics
725 N Skokie Highway
Lake Bluff, IL 60044


DMJ Automotive
603 S.LaGrange Rd
La Grange, IL 60525


Downers Grove Auto Rebuilders
721 Ogden
Downers Grove, IL 60515


DuPage County Treasurer
421 N. County Farm Road
Wheaton, IL 60187


DuPage Topsoil
540 Topsoil Dr
West Chicago, IL 60185

DuPage Welding
847 S Westgate
Addison, IL 60101

Elmhurst Auto Care
207 E North Ave
Villa Park, IL 60181

Elmhurst Chicago Stone
400 W. 1st St
Elmhurst, IL 60126

Engineering Resource Associates
3 S 701 West Ave, #150
Warrenville, IL 60555

Excalabur Detailing
232 W. Stone
Villa Park, IL 60181

Focal Point Communications
61 Circle Freeway Dr
Cincinnati, OH 45246

Frank Gentile
100 E North Ave
Villa Park, IL 60181

Frankenmuth Insurance
One Mutual Ave
Frankenmuth, MI 48787

Franks Auto
305 Main St
West Chicago, IL 60185

Gary Galassi Stone
44 Devonwood Ave
Romeoville, IL 60446

GIE + EXPO
PO Box 139
New Albany, IN 47151

GMAC
PO Box 9001948
Louisville, KY 40290


Grabowski Law Center
1400 E LakeCook Rd - #110
Lincolnshire, IL 60069


Grange Insurance
PO Box 1218
Columbus, OH 43216


Groot Disposal
PO Box 535233
Pittsburgh, PA 15253


Hartford Insurance
PO Box 660916
Dallas, TX 75266


Henry Rosedale
3 N 770 Woodland
West Chicago, IL 60185


Hidden Gardens
16 W 658 Frontage Rd
Willowbrook, IL 60527


Hinsdale Engineering
514 S Grant
Hinsdale, IL 60521


Hinsdale Nursery
7200 S Madison
Hinsdale, IL 60521


Home Depot
PO Box 6029
The Lakes, NV 88901


Homer Industries
14000 Archer
Lockport, IL 60441

Honey Bucket
PO Box 491
Elmhurst, IL 60126


Hortica
PO Box 8017
Stevens Point, WI 54481


ICW Group
PO Box 85563
San Diego, CA 92186


Illinois Commerce Commission
9511 W. Harrison
Des Plaines, IL 60016


Illinois Department of Revenue
Bankruptcy Unit
P O Box 19035
Springfield, IL 62794


Illinois Dept of Agriculture
Bureau of Environmental Programs
2280 Bethany Road, Suite B
DeKalb, IL 60115


Illinois Dept of Public Health
535 W Jefferson St
Springfield, IL 62761


Illinois Dept. of Employment Sec.
Benefit Payment Control Division
P O Box 4385
Chicago, IL 60680


Illinois Landscape Supply
60 Wolf Road
Oswego, IL 60543


Illinois Portable Truck Inspection
PO Box 460
Palos Park, IL 60464

Illinois Tollway Authority
PO Box 5544
Chicago, IL 60680


Insurance Solutions Network
PO Box 6000
Villa Park, IL 60181


Int'l Union of Op. Eng. (Local 150)
Attn: Legal Dept.
6140 Joliet Rd.
La Grange, IL 60525


Jaso Enterprises
10161 49th St N - Unit W
Pinellas Park, FL 33782


Jesse's Auto Repair
335 Stone
Villa Park, IL 60181


Kieft Bros
837 S. Riverside Dr
Elmhurst, IL 60126


Kovar Signs
401 N. Cass
Westmont, IL 60559


Kustom Kar Solutions
469 N. York
Elmhurst, IL 60126


LaGrange Materials
223 Tilden
La Grange, IL 60525


Landscape Materials
27 W 130 North Ave
West Chicago, IL 60185


Lang Ice Company
3600 W 59th St
Chicago, IL 60629

Lincoln Retirement Financial Servic
PO Box 2248
Fort Wayne, IN 46801


Local 150 IUOE Vacation Savings Pla
Local 150 Legal Department
6140 Joliet Road
Countryside, IL 60525


Lurveys
2550 E Dempster
Des Plaines, IL 60016


Marsan Turf & Irrigation
519 Terrace Dr
San Dimas, CA 91773


Menards
521 E. North
West Chicago, IL 60185


Meno Stone
10800 Rt 83
Lemont, IL 60439


Metal Supermarkets
1187 N. Ellsworth
Villa Park, IL 60181


Midwest Groundcovers
PO Box 748
Clarendon Hills, IL 60514


Midwest Operating Engineers F. B. F
6150 Joliet Road
La Grange, IL 60525


Midwest Operating Engineers Pension
Local 150 Legal Department
6140 Joliet Road
Countryside, IL 60525


Murillo Carpentry
1466 Aspen Circle
Elkins, AR 72727

Nicor Natural Gas
1844 Ferry Rd
Naperville, IL 60563


North Shore Gas Co
P.O. Box 6050
Carol Stream, IL 60197


Northfield Block
One Hunt Ct
Mundelein, IL 60060


Operating Engineers Local 150
6200 Joliet Road
Countryside, IL 60525


Paypal
2211 N. 1st
San Jose, CA 95131


Phoenix Irrigation Supply
1261 Howard St
Elk Grove Village, IL 60007


Plumbers JAC Local 130
1340 West Washington Boulevard
Chicago, IL 60607


Poul's Nursery
6754 W Indian Creek Road
Lake Zurich, IL 60047


Quality Turf
PO Box 545
North Aurora, IL 60542


Quicken
3760 Haven Ave
Menlo Park, CA 94025


Railroad Maintenance & Industrial H
2725 W Monroe
Springfield, IL 62704

RC Topsoil
21 N 988 N. Pepper Rd
Barrington, IL 60010


Reds Garden Center
3460 Dundee
Northbrook, IL 60062


Russo's
9525 W Irving Park
Schiller Park, IL 60176


Rusthoven Mechanical Industries
PO Box 216
Clarendon Hills, IL 60514


S & S Electric
447 Hannah
Forest Park, IL 60130


Schwake Stone Co
300 S Western
Des Plaines, IL 60016


Shemin Nuseries, Inc
PO Box 857
Addison, IL 60101


Sid Kamp, Inc
8118 W 189th St
Mokena, IL 60448


Site One
4 N 755 Foxdale Dr
Addison, IL 60101


SIUE
1566 Lewis Rd
Edwardsville, IL 62025


Small Engine Warehouse
2347 S 800 E
Dunkirk, IN 47336

Stillwater Automotive
1821 S Perkins
Stillwater, OK 74074


Strada Auto Body
47 W. Fullerton
Addison, IL 60101


Sub Trailer Service
415 E. St
Villa Park, IL 60181


T & C
812 E Capri
Palatine, IL 60074


Tameling Industries
7500 S Madison
Willowbrook, IL 60527


The Hartford Fin. Serv. Group
Attn: Spilotro Law Group, LLC
6160 N. Cicero Ave., Suite 650
Chicago, IL 60646


Thomas Pump Co.
120 Industrial Dr
Slidell, LA 70460


Travelers Insurance
PO Box 660317
Dallas, TX 75266


Unilock
301 E Sullivan
Aurora, IL 60505


Vermeer Midwest
2801 Beverly
Aurora, IL 60502


Village of Clarendon Hills
1 N Prospect
Clarendon Hills, IL 60514

```
Village of Hillside
39843 Treasury Center
Chicago, IL 60694


Village of Stone Park
PO Box 66127
Chicago, IL 60666


Village of Villa Park
20 Ardmore Ave
Villa Park, IL 60181
```